United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 23-02361-MJC
Arthur Paul Price Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Nov 02, 2023 Form ID: ntnew341 Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Paul Price, 304 Weavertown Road, Shavertown, PA 18708-9360 |
| 5572423 | + | Luzerne County Federal Credit Union, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5572428 | + | SWC Group, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5572420 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2023 18:49:08 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5573952 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2023 18:49:48 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5572421 | | Email/Text: bankruptcy@glsllc.com | Nov 02 2023 18:44:00 | Global Lending Services, LLC, 1200 Brookfield Boulevard, Suite 30, Greenville, SC 29607 |
| 5572422 | ^ | MEBN | Nov 02 2023 18:39:36 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5572424 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 02 2023 18:45:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5572425 | + | Email/PDF: ebnotices@pnmac.com | Nov 02 2023 18:49:12 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5574377 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2023 18:45:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5572426 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2023 18:49:10 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572427 | | Email/Text: bankruptcy@springoakscapital.com | Nov 02 2023 18:44:00 | Spring Oaks Capital, LLC, 1400 Crossways Boulevard #100B, Chesapeake, VA 23320 |
| 5572429 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2023 18:49:09 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

**Name** | **Email Address**

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Paul Donald Murphy-Ahles

on behalf of Debtor 1 Arthur Paul Price pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Arthur Paul Price, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | | |
| | Case No. | 5:23−bk−02361−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: December 18, 2023<br><br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2023 |

ntnew341 (09/23)