Case 5:23-bk-02361-MJC   Doc 14   Filed 11/10/23   Entered 11/10/23 15:10:28   Desc
Main Document    Page 1 of 5

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 09/08/2023 |
| Period Ending: | 09/21/2023 |
| Pay Date: | 09/29/2023 |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

CO. FILE DEPT. CLOCK VCHR. NO.
4AU 005679 004235 0000390766

ARTHUR PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN PA 18708

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$50 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ot @ 1.5 | 32.0229 | 12.50 | 600.43 | 20,026.22 |
| Ot @ 2.0 | 32.0229 | 8.00 | 512.37 | 3,586.59 |
| Represented | 32.0229 | 72.00 | 2,305.65 | 40,069.35 |
| Shift Dif .50 | 32.0229 | 88.00 | 44.00 | 883.50 |
| Shift Diff .40 | 32.0229 | 12.50 | 5.00 | 101.90 |
| Sick - Union | 32.0229 | 8.00 | 256.18 | 3,330.35 |
| Holiday Prison | | | | 256.18 |
| Holiday Rep | | | | 2,034.52 |
| Holiday 1.5 | | | | 3,051.78 |
| Holiday 2.0 | | | | 624.60 |
| Personal Union | | | | 1,522.17 |
| Represe Vac | | | | 3,842.75 |
| Retro - Union | | | | 108.19 |
| Training Pay | | | | 160.12 |
| **Gross Pay** | | | **$3,723.63** | 79,598.22 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -587.83 | 12,941.58 |
| Social Security Tax | | -226.50 | 4,847.99 |
| Medicare Tax | | -52.97 | 1,133.80 |
| PA State Income Tax | | -112.15 | 2,400.55 |
| Wilkes Barre Income Tax | | -36.53 | 781.91 |
| Wilkes Barre Local Svc Tax | | -2.00 | 40.00 |
| PA SUI Tax | | -2.61 | 55.72 |
| Other | | | |
| Aflac Accid | | -13.50* | 270.00 |
| Aflac St Disb | | -48.60 | 972.00 |

| Other | this period | year to date |
|---|---|---|
| East.Pa. Pol Lg | -4.00 | 80.00 |
| Pseu | -31.78 | 635.60 |
| Retirement | -186.18* | 3,979.94 |
| Un Con Ind Pre | -14.35* | 287.00 |
| V-Lg Term Dis | -4.53 | 90.60 |
| 500-12 Single | -42.63* | 847.90 |
| **Net Pay** | **$2,357.47** | |
| Checking | -2,257.47 | |
| Savings | -100.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,466.97
Your PA taxable wages this period are $3,653.15
Your Wilkes Barre taxable wages this period are $3,653.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Ytd | 35.78 | 715.60 |
| Totl Hrs Worked | 201.00 | |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Advice number: 00000390766
Pay date: 09/29/2023

Deposited to the account of
ARTHUR PRICE

| account number | transit ABA | amount |
|---|---|---|
| | | $2,257.47 |
| | | $100.00 |

NON-NEGOTIABLE

THIS IS NOT A CHECK

# Earnings Statement

**CO.** 4AU **FILE** 005679 **DEPT.** 004235 **CLOCK** 060 **VCHR. NO.** 00003708341

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Period Beginning: 08/25/2023
Period Ending: 09/07/2023
Pay Date: 09/15/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$50 Additional Tax

ARTHUR PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Holiday Rep | 32.0229 | 8.00 | 256.18 | 2,034.52 |
| Holiday 1.5 | 32.0229 | 8.00 | 384.27 | 3,051.78 |
| Ot @ 1.5 | 32.0229 | 43.25 | 2,077.49 | 19,425.79 |
| Represented | 32.0229 | 64.00 | 2,049.47 | 37,763.70 |
| Shift Dif.50 | 32.0229 | 96.00 | 48.00 | 839.50 |
| Shift Diff.40 | 32.0229 | 12.25 | 4.90 | 96.90 |
| Sick - Union | | | | 3,074.17 |
| Holiday Prison | | | | 256.18 |
| Holiday 2.0 | 32.0229 | 8.00 | 256.18 | 624.60 |
| Ot @ 2.0 | | | | 3,074.22 |
| Personal Vac | | | | 1,522.17 |
| Represe Union | | | | 3,842.75 |
| Retro - Union | | | | 108.19 |
| Training Pay | | | | 160.12 |
| **Gross Pay** | | | **$5,076.49** | 75,874.59 |

| Deductions | | this period | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -888.22 | 12,353.75 |
| Social Security Tax | | -310.37 | 4,621.49 |
| Medicare Tax | | -72.58 | 1,080.83 |
| PA State Income Tax | | -153.68 | 2,288.40 |
| Wilkes Barre Income Tax | | -50.06 | 745.38 |
| Wilkes Barre Local Svc Tax | | -2.00 | 38.00 |
| PA SUI Tax | | -3.55 | 53.11 |
| Other | | | |
| Aflac Accid | | -13.50* | 256.50 |
| Aflac St Disb | | -48.60 | 923.40 |

| Other | this period | year to date |
|---|---|---|
| East.Pa. Pol Lg | -4.00 | 76.00 |
| Pseu | -31.78 | 603.82 |
| Retirement | -253.82* | 3,793.76 |
| Un Con Ind Pre | -14.35* | 272.65 |
| V-Lg Term Dis | -4.53 | 86.07 |
| 500-12 Single | -42.63* | 805.27 |
| **Net Pay** | **$3,182.82** | |
| Checking | -3,082.82 | |
| Savings | -100.00 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,752.19
Your PA taxable wages this period are $5,006.01
Your Wilkes Barre taxable wages this period are $5,006.01

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Ytd | 35.78 | 679.82 |
| Totl Hrs Worked | 239.50 | |

© 2000 ADP, Inc.

---

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Advice number: 00000370834
Pay date: 09/15/2023

Deposited to the account of: ARTHUR PRICE

account number | transit ABA | amount
$3,082.82
$100.00

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

# Earnings Statement

**LUZERNE COUNTY**
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| 4AU | 005679 | 004286 | | 0000350750 1 |

Period Beginning: 08/11/2023
Period Ending: 08/24/2023
Pay Date: 09/01/2023

ARTHUR PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN PA 18708

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$50 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ot @ 1.5 | 32.0229 | 8.00 | 384.27 | 17,348.30 |
| Represe Vac | 32.0229 | 8.00 | 256.18 | 3,842.75 |
| Represented | 32.0229 | 72.00 | 2,305.65 | 35,714.23 |
| Shift Dif .50 | 32.0229 | 88.00 | 44.00 | 791.50 |
| Holiday Prison | | | | 256.18 |
| Holiday Rep | | | | 1,778.34 |
| Holiday 1.5 | | | | 2,667.51 |
| Holiday 2.0 | | | | 624.60 |
| Ot @ 2.0 | | | | 3,074.22 |
| Personal Union | | | | 1,522.17 |
| Retro - Union | | | | 108.19 |
| Shift Diff .40 | | | | 92.00 |
| Sick - Union | | | | 2,817.99 |
| Training Pay | | | | 160.12 |
| **Gross Pay** | | | **$2,990.10** | 70,798.10 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -434.52 | 11,465.53 |
| Social Security Tax | -181.02 | 4,311.12 |
| Medicare Tax | -42.34 | 1,008.25 |
| PA State Income Tax | -89.63 | 2,134.72 |
| Wilkes Barre Income Tax | -29.20 | 695.32 |
| Wilkes Barre Local Svc Tax | -2.00 | 36.00 |
| PA SUI Tax | -2.09 | 49.56 |
| Other | | |
| Aflac Accid | -13.50* | 243.00 |
| Aflac St Disb | -48.60 | 874.80 |

| Other | this period | year to date |
|---|---|---|
| East.Pa. Pol Lg | -4.00 | 72.00 |
| Pseu | -31.78 | 572.04 |
| Retirement | -149.51* | 3,539.94 |
| Un Con Ind Pre | -14.35* | 258.30 |
| V-Lg Term Dis | -4.53 | 81.54 |
| 500-12 Single | -42.63* | 762.64 |
| **Net Pay** | **$1,900.40** | |
| Checking | -1,800.40 | |
| Savings | -100.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,770.11
Your PA taxable wages this period are $2,919.62
Your Wilkes Barre taxable wages this period are $2,919.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Ytd | 35.78 | 644.04 |
| Totl Hrs Worked | 176.00 | |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Advice number: 00000350750
Pay date: 09/01/2023

Deposited to the account of
ARTHUR PRICE

| account number | transit ABA | amount |
|---|---|---|
| | | $1,800.40 |
| | | $100.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 660 |
|---|---|---|---|---|---|
| 4AU | 005679 | 004236 | | 0000330781 | 1 |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Period Beginning: 07/28/2023
Period Ending: 08/10/2023
Pay Date: 08/18/2023

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,$50 Additional Tax

ARTHUR PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN PA 18708

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ot @ 1.5 | 32.0229 | 8.00 | 384.27 | 16,964.03 |
| Represe Vac | 32.0229 | 16.00 | 512.37 | 3,586.57 |
| Represented | 32.0229 | 56.00 | 1,793.28 | 33,408.58 |
| Shift Dif.50 | 32.0229 | 88.00 | 44.00 | 747.50 |
| Sick - Union | 32.0229 | 8.00 | 256.18 | 2,817.99 |
| Holiday Prison | | | | 256.18 |
| Holiday Rep | | | | 1,778.34 |
| Holiday 1.5 | | | | 2,667.51 |
| Holiday 2.0 | | | | 624.60 |
| Ot @ 2.0 | | | | 3,074.22 |
| Personal Union | | | | 1,522.17 |
| Retro - Union | | | | 108.19 |
| Shift Dif.40 | | | | 92.00 |
| Training Pay | | | | 160.12 |
| **Gross Pay** | | | **$2,990.10** | 67,808.00 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -434.52 | 11,031.01 |
| Social Security Tax | -181.01 | 4,130.10 |
| Medicare Tax | -42.33 | 965.91 |
| PA State Income Tax | -89.63 | 2,045.09 |
| Wilkes Barre Income Tax | -29.20 | 666.12 |
| Wilkes Barre Local Svc Tax | -2.00 | 34.00 |
| PA SUI Tax | -2.10 | 47.47 |
| Other | | |
| Aflac Accid | -13.50* | 229.50 |
| Aflac St Disb | -48.60 | 826.20 |

| Other | this period | year to date |
|---|---|---|
| East.Pa. Pol Lg | -4.00 | 68.00 |
| Pseu | -31.78 | 540.26 |
| Retirement | -149.51* | 3,390.43 |
| Un Con Ind Pre | -14.35* | 243.95 |
| V-Lg Term Dis | -4.53 | 77.01 |
| 500-12 Single | -42.63* | 720.01 |
| **Net Pay** | **$1,900.41** | |
| Checking | -1,800.41 | |
| Savings | -100.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,770.11
Your PA taxable wages this period are $2,919.62
Your Wilkes Barre taxable wages this period are $2,919.62

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Ytd | 35.78 | 608.26 |
| Totl Hrs Worked | 176.00 | |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Advice number: 00000330781
Pay date: 08/18/2023

Deposited to the account of
ARTHUR PRICE

| account number | transit ABA | amount |
|---|---|---|
| | | $1,800.41 |
| | | $100.00 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

**LUZERNE COUNTY**
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

Period Beginning: 07/14/2023
Period Ending: 07/27/2023
Pay Date: 08/04/2023

ARTHUR PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN PA 18708

CO. 4AU   FILE 005679   DEPT. 004236   CLOCK   VCHR. NO. 0000310735

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0, $50 Additional Tax

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Ot @ 1.5 | 32.0229 | 32.00 | 1,537.10 | 16,579.76 |
| Ot @ 2.0 | 32.0229 | 8.00 | 512.37 | 3,074.22 |
| Represe Vac | 32.0229 | 8.00 | 256.18 | 3,074.20 |
| Represented | 32.0229 | 64.00 | 2,049.47 | 31,615.30 |
| Shift Dif .50 | 32.0229 | 96.00 | 48.00 | 703.50 |
| Sick - Union | 32.0229 | 8.00 | 256.18 | 2,561.81 |
| Training Pay | | | | 160.12 |
| Holiday Prison | | | | 256.18 |
| Holiday Rep | | | | 1,778.34 |
| Holiday 1.5 | | | | 2,667.51 |
| Holiday 2.0 | 32.0229 | 2.00 | 64.05 | 624.60 |
| Personal Union | | | | 1,522.17 |
| Retro - Union | | | | 108.19 |
| Shift Dif .40 | | | | 92.00 |
| **Gross Pay** | | | **$4,723.35** | 64,817.90 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -807.70 | 10,596.49 |
| Social Security Tax | -288.48 | 3,949.09 |
| Medicare Tax | -67.47 | 923.58 |
| PA State Income Tax | -142.84 | 1,955.46 |
| Wilkes Barre Income Tax | -46.53 | 636.92 |
| Wilkes Barre Local Svc Tax | -2.00 | 32.00 |
| PA SUI Tax | -3.30 | 45.37 |
| **Other** | | |
| Aflac Accid | -13.50* | 216.00 |
| Aflac St Disb | -48.60 | 777.60 |

| Other | this period | year to date |
|---|---|---|
| East.Pa. Pol Lg | -4.00 | 64.00 |
| Pseu | -31.78 | 508.48 |
| Retirement | -236.17* | 3,240.92 |
| Un Con Ind Pre | -14.35* | 229.60 |
| V-Lg Term Dis | -4.53 | 72.48 |
| 500-12 Single | -42.63* | 677.38 |
| **Net Pay** | **$2,969.47** | |
| Checking | -2,869.47 | |
| Savings | -100.00 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,416.70
Your PA taxable wages this period are $4,652.87
Your Wilkes Barre taxable wages this period are $4,652.87

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Union Ytd | 35.78 | 572.48 |
| Totl Hrs Worked | 218.00 | |

Advice number: 00000310735
Pay date: 08/04/2023

Deposited to the account of
ARTHUR PRICE

| account number | transit ABA | amount |
|---|---|---|
| | | $2,869.47 |
| | | $100.00 |

LUZERNE COUNTY
200 NORTH RIVER STREET
WILKES-BARRE, PA 18711

NON-NEGOTIABLE