In re:  Case No. 23-02361-MJC

Arthur Paul Price  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 18, 2023      Form ID: ntcnfhrg      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Paul Price, 304 Weavertown Road, Shavertown, PA 18708-9360 |
| 5572423 | + | Luzerne County Federal Credit Union, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5572428 | + | SWC Group, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5572420 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2023 18:53:21 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5573952 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 18 2023 18:52:58 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5572421 | | Email/Text: bankruptcy@glsllc.com | Dec 18 2023 18:42:00 | Global Lending Services, LLC, 1200 Brookfield Boulevard, Suite 30, Greenville, SC 29607 |
| 5572422 | ^ | MEBN | Dec 18 2023 18:39:30 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5578801 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2023 18:52:23 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572424 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 18 2023 18:42:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5572425 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2023 18:53:21 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5581112 | + | Email/PDF: ebnotices@pnmac.com | Dec 18 2023 18:53:20 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5574377 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2023 18:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5580211 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2023 18:42:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5572426 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2023 18:53:04 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572427 | | Email/Text: bankruptcy@springoakscapital.com | Dec 18 2023 18:42:00 | Spring Oaks Capital, LLC, 1400 Crossways Boulevard #100B, Chesapeake, VA 23320 |
| 5581676 | | Email/Text: bankruptcy@springoakscapital.com | Dec 18 2023 18:42:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5572429 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2023 18:41:52 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL |

| | | | |
|---|---|---|---|
| 5582781 | Email/PDF: ebn_ais@aisinfo.com | Dec 18 2023 18:52:58 | 32896-5060<br>Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Arthur Paul Price pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,   Chapter   13

**Debtor 1**

Case No.   5:23−bk−02361−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 25, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 1, 2024 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 18, 2023 |

ntcnfhrg (08/21)