UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price
**Debtor 1**

Global Lending Services, LLC
**Movant(s)**
v.
Arthur Paul Price

**Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

**Chapter** 13

**Case No.** 5:23-BK-02361-MJC

**Matter:** Motion for Relief from the Automatic Stay

**Document No.** 39

# DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Arthur Paul Price, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Paragraph 3 contains a conclusion of law to which no response is required.

4. Admitted.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted.

8. Admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10. Admitted in part, denied in part. Upon information and belief, the averment regarding the vehicle's value is admitted. Debtor(s) are without sufficient knowledge as to whether there is equity in the vehicle; therefore, it is denied.

11. Paragraph 11 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: March 11, 2024 /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price
    **Debtor 1**

Global Lending Services, LLC
    **Movant(s)**
        v.
Arthur Paul Price

    **Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
    **Additional Respondent**

**Chapter** 13

**Case No.** 5:23-BK-02361-MJC

**Matter:** Motion for Relief from the Automatic Stay

**Document No.** 39

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, March 11, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Keri Ebeck, Esquire
BERNSTEIN-BURKLEY, PC
601 Grant Street, Floor 9
Pittsburgh, PA 15219
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire