# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,                                          Chapter          13

**Debtor 1**
                                                           Case No.         5:23−bk−02361−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 2, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  March 19, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Arthur Paul Price<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 5:23-BK-02361-MJC |
| | **Matter:** Order Confirming Amended Chapter 13 Plan |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, March 20, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-5
Case 5:23-bk-02361-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri Feb  2 12:11:01 EST 2024

U.S. Bankruptcy Court
ELECTRONIC
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Capital One Bank USA, NA
DUPLICATE
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)GLOBAL LENDING SERVICES LLC
1200 BROOKFIELD BLVD STE 300
GREENVILLE SC 29607-6583

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Luzerne County Federal Credit Union
200 North River Street
Wilkes Barre, PA 18711-1004

Mariner Finance
8211 Town Center Drive
Nottingham, MD 21236-5904

PennyMac Loan Services, LLC
DUPLICATE
PO Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SWC Group, LP
4120 International Parkway #1100
Carrollton, TX 75007-1958

Spring Oaks Capital SPV, LLC
DUPLICATE
PO Box 1216
CHESAPEAKE, VA 23327-1216

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Synchrony Bank / Old Navy
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

United States Trustee
US Courthouse
ELECTRONIC
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Arthur Paul Price
304 Weavertown Road
Shavertown, PA 18708-9360

(p)JACK N  ZAHAROPOULOS
ELECTRONIC
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
ELECTRONIC
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Global Lending Services LLC
1200 Brookfield Blvd Ste 300
Greenville, South Carolina 29607

(d)Global Lending Services, LLC
1200 Brookfield Boulevard, Suite 30
Greenville, SC 29607

Spring Oaks Capital, LLC
1400 Crossways Boulevard #100B
Chesapeake, VA 23320

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients     22
Bypassed recipients      1
Total                   23