UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ARTHUR PAUL PRICE

        Debtor(s)

JACK N. ZAHAROPOULOS            CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant
vs.
ARTHUR PAUL PRICE
           CASE NO: 5-23-02361-MJC
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 6, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   December 6, 2024          Respectfully submitted,

        /s/   Agatha R. McHale, Esquire
        ID:  47613
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone:  (717) 566-6097
        email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   ARTHUR PAUL PRICE

　　　　　　　　　Debtor(s)

JACK N. ZAHAROPOULOS                            CHAPTER 13
CHAPTER 13 TRUSTEE
　　　　　　　　　Movant
vs.
ARTHUR PAUL PRICE
                                                CASE NO: 5-23-02361-MJC
　　　　　　　　　Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:   January 23, 2025
Time:   10:00 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2644.85**
   **AMOUNT DUE FOR THIS MONTH: $891.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3535.85**

**NOTE:**
**ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
    **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

Dated: December 6, 2024

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    ARTHUR PAUL PRICE

                Debtor(s)

JACK N. ZAHAROPOULOS          CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant

vs.
ARTHUR PAUL PRICE
                                    CASE NO: 5-23-02361-MJC

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 6, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA  17011-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

SERVED BY FIRST CLASS MAIL

ARTHUR PAUL PRICE
304 WEAVERTOWN ROAD
SHAVERTOWN  PA  18708

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 6, 2024                  /s/  Tammy Life
                                               Office of the Standing Chapter 13 Trustee
                                               Jack N. Zaharopoulos
                                               Suite A, 8125 Adams Dr.
                                               Hummelstown, PA  17036
                                               Phone:  (717) 566-6097
                                               email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ARTHUR PAUL PRICE

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-23-02361-MJC

vs.

ARTHUR PAUL PRICE

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.