In re:  Case No. 23-02361-MJC
Arthur Paul Price  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　　　　　User: AutoDocke　　　　　　　　　Page 1 of 2
Date Rcvd: Jan 24, 2025　　　　　　　Form ID: ordsmiss　　　　　　　　Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur Paul Price, 304 Weavertown Road, Shavertown, PA 18708-9360 |
| 5572423 | + | Luzerne County Federal Credit Union, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5572428 | + | SWC Group, LP, 4120 International Parkway #1100, Carrollton, TX 75007-1958 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 24 2025 18:51:00 | Global Lending Services LLC, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 5572420 | | EDI: CAPITALONE.COM | Jan 24 2025 23:43:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5573952 | | EDI: CAPITALONE.COM | Jan 24 2025 23:43:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5585481 | | Email/Text: bankruptcy@glsllc.com | Jan 24 2025 18:51:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 5572421 | | Email/Text: bankruptcy@glsllc.com | Jan 24 2025 18:51:00 | Global Lending Services, LLC, 1200 Brookfield Boulevard, Suite 30, Greenville, SC 29607 |
| 5572422 | ^ | MEBN | Jan 24 2025 18:42:53 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5578801 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 18:59:54 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572424 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 24 2025 18:51:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5572425 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 19:14:37 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5581112 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2025 19:01:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5574377 | | EDI: Q3G.COM | Jan 24 2025 23:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5580211 | | EDI: Q3G.COM | Jan 24 2025 23:43:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5572426 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 19:01:33 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5572427 | | Email/Text: bankruptcy@springoakscapital.com | Jan 24 2025 18:51:00 | Spring Oaks Capital, LLC, 1400 Crossways |

| | | | |
|---|---|---|---|
| 5581676 | Email/Text: bankruptcy@springoakscapital.com | | Boulevard #100B, Chesapeake, VA 23320 |
| | | Jan 24 2025 18:51:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 5572429 | EDI: SYNC | Jan 24 2025 23:43:00 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5582781 | EDI: AIS.COM | Jan 24 2025 23:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Arthur Paul Price pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Arthur Paul Price,                  Chapter     13

    **Debtor 1**

                           Case No.     5:23−bk−02361−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

                          By the Court,

                          Mark J. Conway, United States Bankruptcy Judge

                          Dated: January 24, 2025

ordsmiss (05/18)